## UNITED STATES BANKRUPTCY COURT

DISTRICT OF   DELAWARE

In Re. INVIVO THERAPEUTICS CORPORATION §

§

_____ §

Debtor(s) §

Case No.  24-10137

Lead Case No.   24-10137

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/29/2024

Petition Date: 02/01/2024

Months Pending: 1

Industry Classification: 5 4 1 7

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          3

Debtor's Full-Time Employees (as of date of order for relief):          3

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒          Statement of cash receipts and disbursements
☒          Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒          Statement of operations (profit or loss statement)
☐          Accounts receivable aging
☐          Postpetition liabilities aging
☐          Statement of capital assets
☐          Schedule of payments to professionals
☐          Schedule of payments to insiders
☒          All bank statements and bank reconciliations for the reporting period
☐          Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Joshua B. Brooks
_____
Signature of Responsible Party

03/21/2024
_____
Date

Landis Rath & Cobb LLP
_____
Printed Name of Responsible Party

919 N. Market St., Ste. 1800, Wilmington, DE 19801
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  INVIVO THERAPEUTICS CORPORATION                                    Case No.  24-10137

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $5,351,157 | |
| b. Total receipts (net of transfers between accounts) | $25,829 | $25,829 |
| c. Total disbursements (net of transfers between accounts) | $193,007 | $193,007 |
| d. Cash balance end of month (a+b-c) | $5,183,979 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $193,007 | $193,007 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ● Market ○ Other ○ (attach explanation)) | $0 |
| d Total current assets | $6,695,412 |
| e. Total assets | $6,752,230 |
| f. Postpetition payables (excluding taxes) | $460,633 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $460,633 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $171,926 |
| n. Total liabilities (debt) (j+k+l+m) | $632,559 |
| o. Ending equity/net worth (e-n) | $6,119,671 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $667,713 | |
| f. Other expenses | $59,860 | |
| g. Depreciation and/or amortization (not included in 4b) | $416 | |
| h. Interest | $14,951 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-713,038 | $-713,038 |

UST Form 11-MOR (12/01/2021)                        2

Debtor's Name INVIVO THERAPEUTICS CORPORATION                    Case No.  24-10137

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name INVIVO THERAPEUTICS CORPORATION                    Case No.  24-10137

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name INVIVO THERAPEUTICS CORPORATION          Case No. 24-10137

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  INVIVO THERAPEUTICS CORPORATION          Case No.  24-10137

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name INVIVO THERAPEUTICS CORPORATION          Case No. 24-10137

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  INVIVO THERAPEUTICS CORPORATION                    Case No.  24-10137

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $12,246 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $470 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● | |

i.  Do you have:          Worker's compensation insurance?                Yes ●  No ○

                              If yes, are your premiums current?          Yes ●  No ○  N/A ○   (if no, see Instructions)

                         Casualty/property insurance?                    Yes ●  No ○

                              If yes, are your premiums current?          Yes ●  No ○  N/A ○   (if no, see Instructions)

                         General liability insurance?                    Yes ●  No ○

                              If yes, are your premiums current?          Yes ●  No ○  N/A ○   (if no, see Instructions)

| | | |
|---|---|---|
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name INVIVO THERAPEUTICS CORPORATION

Case No. 24-10137

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Richard Christopher

Signature of Responsible Party

Chief Financial Officer

Title

InVivo Therapeutics Corporation

Printed Name of Responsible Party

03/21/2024

Date

Debtor's Name INVIVO THERAPEUTICS CORPORATION                    Case No.  24-10137



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name INVIVO THERAPEUTICS CORPORATION          Case No.  24-10137



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  INVIVO THERAPEUTICS CORPORATION                    Case No.  24-10137



PageThree



PageFour



Statement of cash receipts disbursements

|  | February 2024 |
| --- | --- |
| **Operating Disbursements** | |
| Payroll, benefits and related taxes | $ 189,287 |
| Severance | - |
| Consulting | - |
| Clinical Trial Costs | - |
| Rent | 383 |
| Investor Relations | - |
| Legal Fees | - |
| Audit and Tax Fees | - |
| Board of Directors Fees | - |
| Dues and Subscriptions | 147 |
| Insurance | - |
| Software | - |
| Mailing and Shipping | - |
| Telephone | 225 |
| Parking | - |
| Travel | - |
| Meals and Entertainment | - |
| Payroll processing fees | 949 |
| Office supplies | 402 |
| Bank fees | 1,144 |
| Miscellaneous expense | - |
| Taxes - Franchise | 470 |
| Total Operating Disbursements | 193,007 |
| | |
| **Process Related Disbursements** | |
| Debtor's Professionals | |
| Landis Rath & Cobb | - |
| Sonoran | - |
| SSG | - |
| Wilmer-Hale | - |
| Claims agent - KCC | - |
| Total Debtor's Professionals | - |
| | |
| Additional Professional/Costs | |
| Committee Professionals | - |
| UST Fees | - |
| Total Process Related Disbursements | - |
| | |
| Total Disbursements | $ 193,007 |
| | |
| Beginning Cash | $ 5,351,157 |
| Interest | 25,590 |
| Collections/Refunds | 239 |
| Total Disbursements | (193,007) |
| Ending Cash | $ 5,183,979 |

0



## Balance Sheet

|  | 2/29/24 |
|---|---|
| ASSETS: | |
| Current assets: | |
| Cash and cash equivalents | $    5,183,979 |
| Prepaid expenses and other current assets | 1,511,433 |
| Total current assets | 6,695,412 |
| PP&E, net | 6,818 |
| Restricted cash - non current | 50,000 |
| Total assets | $    6,752,230 |
| | |
| Current liabilities: | |
| Accounts payable | 392,672 |
| Accrued expenses | 239,887 |
| Total current liabilities | 632,559 |
| Other liabilities | - |
| Total liabilities | 632,559 |
| Stockholders' equity: | |
| Total stockholders' equity | 6,119,671 |
| Total liabilities and stockholders' equity | $    6,752,230 |
| | - |



## Statement of Operations

|  | February 2024 |
|---|---|
| Operating Expenses: | |
| Research and development | $ 59,860 |
| General and administrative | 668,129 |
| Total operating expenses | 727,989 |
| Operating loss | (727,989) |
| Other income/(expense): | |
| Other income | 14,951 |
| Other income/(expense), net | 14,951 |
| Net loss | $ (713,038) |

-

InVivo Therapeutics
Cash Reconcilation
02/29/24

| Account Type | Acct # | Total Per Bank Statement | Uncashed Checks | Acct Transfer In Transit | Other Assets Interest Receivable | Other Assets Restricted Cash | Cash Balance |
|---|---|---|---|---|---|---|---|
| Operating | XXXXXX4583 | $ 250,000 | $ (1,734) | $ - | $ - | $ - | $ 248,267 |
| Sweep | XXXXXX0747 | 4,948,190 | - | (12,478) | - | - | 4,935,712 |
| Investment | XXXXXX1145 | 3,695 | - | - | (3,695) | - | - |
| Security Deposit | XXXXXX0116 | 50,000 | - | - | - | (50,000) | - |
| Total | | $ 5,251,886 | $ (1,734) | $ (12,478) | $ (3,695) | $ (50,000) | $ 5,183,979 |

# Silicon Valley Bank

**A Division of First Citizens Bank**

3003 Tasman Drive, Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>003800  5246670  0001  092196  10Z

INVIVO THERAPEUTICS CORPORATION
1500 DISTRICT AVENUE
BURLINGTION, MA 01803

## February 2024

*Reporting Activity 02/01 - 02/29*          *Page 1 of 8*

### Managing Your Accounts

 **Phone:** (408) 654-4636

 **Toll-Free:** (800) 774-7390

 **Email:** clientsupport@svb.com

**Online:** www.svb.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX4583 | $250,000.40 |
| **Total Balance** | | **$250,000.40** |

## Analysis Checking - XXXXXX4583

### Account Summary

| Date | Description | |
|---|---|---|
| 02/01/2024 | **Beginning Balance** | **$250,000.42** |
| 02/29/2024 | **Ending Balance** | **$250,000.40** |
| | Total debits this period | $3,369,329.07 |
| | Total credits this period | $3,369,329.05 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2024 | Beginning Balance | | | $250,000.42 |
| 02/01/2024 | CHECK #16903 | -$540.00 | $0.00 | $249,460.42 |
| 02/01/2024 | CASH SWEEP REDEMPTION | $0.00 | $539.58 | $250,000.00 |
| 02/02/2024 | CHECK #16921 | -$8,925.00 | $0.00 | $241,075.00 |
| 02/02/2024 | CASH SWEEP REDEMPTION | $0.00 | $8,925.00 | $250,000.00 |
| 02/05/2024 | DEPOSIT | $0.00 | $238.74 | $250,238.74 |
| 02/05/2024 | WAGEWORKS FSA RECEIVABLE INV6139888 INVIVO THERAPEUTICS HO | -$15.98 | $0.00 | $250,222.76 |
| 02/05/2024 | CHECK #16919 | -$722.40 | $0.00 | $249,500.36 |
| 02/05/2024 | CASH SWEEP REDEMPTION | $0.00 | $738.38 | $250,238.74 |
| 02/06/2024 | CHECK #16902 | -$81.12 | $0.00 | $250,157.62 |
| 02/06/2024 | CASH SWEEP PURCHASE | -$157.62 | $0.00 | $250,000.00 |
| 02/07/2024 | CHECK #16916 | -$212.42 | $0.00 | $249,787.58 |



Member FDIC

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | | |
| | | | | | | ADD | | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | | |
| | | | | | | | $ | | |
| | | | | | | | | | |
| | | | | | | SUBTOTAL | $ | | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and subtractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

_____

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)
Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

_____

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS
You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

_____

### FAIR CREDIT REPORTING ACT
We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

_____

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

**svb**  **Silicon Valley Bank**
A Division of First Citizens Bank

## Analysis Checking - XXXXXX4583 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/07/2024 | CASH SWEEP REDEMPTION | $0.00 | $212.42 | $250,000.00 |
| 02/09/2024 | WIRE IN 240209J1Q5040C001137 202404006903;ORG INVIVO THERAP EUTIC;REF 240209B00JRG | $0.00 | $3,248,231.93 | $3,498,231.93 |
| 02/09/2024 | IRON MOUNTAIN RECRD MGMT 7667866 INVIVO THERAPEUTICS *C | -$129.00 | $0.00 | $3,498,102.93 |
| 02/09/2024 | ADP PAYROLL FEES ADP FEES 395093575277 653523154INVIVO THERAP | -$423.70 | $0.00 | $3,497,679.23 |
| 02/09/2024 | ADP PAYROLL FEES ADP FEES 395093575276 653523430INVIVO THERAP | -$450.00 | $0.00 | $3,497,229.23 |
| 02/09/2024 | WIRE OUT 240209L1B77D1C001811 202404007403;BNF ADP, LLC.;OBI NET PAY AND TAX - PAYDATE 02. | -$81,859.92 | $0.00 | $3,415,369.31 |
| 02/09/2024 | CASH SWEEP PURCHASE | -$3,165,369.31 | $0.00 | $250,000.00 |
| 02/12/2024 | CHECK #16918 | -$265.00 | $0.00 | $249,735.00 |
| 02/12/2024 | CASH SWEEP REDEMPTION | $0.00 | $265.00 | $250,000.00 |
| 02/13/2024 | WAGEWORKS FSA RECEIVABLE INV6174072 INVIVO THERAPEUTICS HO | -$90.00 | $0.00 | $249,910.00 |
| 02/13/2024 | WAGEWORKS FSA RECEIVABLE INV6176536 INVIVO THERAPEUTICS HO | -$114.55 | $0.00 | $249,795.45 |
| 02/13/2024 | CASH SWEEP REDEMPTION | $0.00 | $204.55 | $250,000.00 |
| 02/14/2024 | HEALTHEQUITY INC HealthEqui 81795 InVivo Therapeutics Co | -$504.29 | $0.00 | $249,495.71 |
| 02/14/2024 | CASH SWEEP REDEMPTION | $0.00 | $504.29 | $250,000.00 |
| 02/15/2024 | WIRE OUT 240215L1B77D1C001620 202404605977;BNF CHARLES SCHWA B;OBI PLAN ACCOUNT 6670-8958IN | -$12,377.88 | $0.00 | $237,622.12 |
| 02/15/2024 | CASH SWEEP REDEMPTION | $0.00 | $12,377.88 | $250,000.00 |
| 02/20/2024 | BASIC BENEFITS PAYMENTS 31987840 170583 INVIVO THERAPEU | -$47.63 | $0.00 | $249,952.37 |



## Analysis Checking - XXXXXX4583 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/20/2024 | WIRE OUT 240510777900<br>202405107779;BNF SVB CARD OPER<br>ATIONS - ACH PAYMENTS;OBI INVI | -$603.19 | $0.00 | $249,349.18 |
| 02/20/2024 | WIRE OUT 240510775200<br>202405107752;BNF SVB CARD OPER<br>ATIONS- ACH PAYMENTS;OBI INVIV | -$669.15 | $0.00 | $248,680.03 |
| 02/20/2024 | CASH SWEEP REDEMPTION | $0.00 | $1,319.97 | $250,000.00 |
| 02/21/2024 | ADP PAYROLL FEES ADP FEES<br>793071119273<br>654135144INVIVO THERAP | -$75.00 | $0.00 | $249,925.00 |
| 02/21/2024 | CHECK #16923 | -$125.10 | $0.00 | $249,799.90 |
| 02/21/2024 | CASH SWEEP REDEMPTION | $0.00 | $200.10 | $250,000.00 |
| 02/23/2024 | WAGEWORKS RECEIVABLE<br>INV6102559<br>INVIVO THERAPEUTICS HO | -$24.00 | $0.00 | $249,976.00 |
| 02/23/2024 | WIRE OUT 240223L1B77D1C001065<br>202405404986;BNF ADP, LLC.;OBI<br>NET PAY AND TAX - PAYDATE 2.2 | -$80,671.42 | $0.00 | $169,304.58 |
| 02/23/2024 | CHECK #16922 | -$11.85 | $0.00 | $169,292.73 |
| 02/23/2024 | CHECK #16899 | -$780.00 | $0.00 | $168,512.73 |
| 02/23/2024 | CASH SWEEP REDEMPTION | $0.00 | $81,487.27 | $250,000.00 |
| 02/26/2024 | WAGEWORKS RECEIVABLE<br>INV6116154<br>INVIVO THERAPEUTICS HO | -$185.00 | $0.00 | $249,815.00 |
| 02/26/2024 | ANALYSIS SERVICE CHARGE | -$414.00 | $0.00 | $249,401.00 |
| 02/26/2024 | CHECK #16924 | -$57.50 | $0.00 | $249,343.50 |
| 02/26/2024 | CASH SWEEP REDEMPTION | $0.00 | $656.50 | $250,000.00 |
| 02/27/2024 | WAGEWORKS FSA RECEIVABLE<br>INV6230888<br>INVIVO THERAPEUTICS HO | -$192.31 | $0.00 | $249,807.69 |
| 02/27/2024 | CASH SWEEP REDEMPTION | $0.00 | $192.31 | $250,000.00 |
| 02/28/2024 | WAGEWORKS FSA RECEIVABLE<br>INV6241011<br>INVIVO THERAPEUTICS HO | -$756.50 | $0.00 | $249,243.50 |
| 02/28/2024 | CASH SWEEP REDEMPTION | $0.00 | $756.50 | $250,000.00 |

# Analysis Checking - XXXXXX4583 (continued)

## Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/29/2024 | WIRE OUT 240229L1B77D1C002304 202406009013;BNF CHARLES SCHWA B;OBI PLAN ACCOUNT 6670-8958IN | -$12,377.88 | $0.00 | $237,622.12 |
| 02/29/2024 | CHECK #16925 | -$100.35 | $0.00 | $237,521.77 |
| 02/29/2024 | CASH SWEEP REDEMPTION | $0.00 | $12,478.23 | $250,000.00 |
| 02/29/2024 | INT TRANSFER FROM 3301090116 | $0.00 | $0.40 | $250,000.40 |
| 02/29/2024 | Ending Balance | | | $250,000.40 |

## Checks Cleared

| Check Date | Check Number | Check Amount | Check Date | Check Number | Check Amount |
|---|---|---|---|---|---|
| 02/23/2024 | 16899 | $780.00 | 02/06/2024 | 16902* | $81.12 |
| 02/01/2024 | 16903 | $540.00 | 02/07/2024 | 16916* | $212.42 |
| 02/12/2024 | 16918* | $265.00 | 02/05/2024 | 16919 | $722.40 |
| 02/02/2024 | 16921* | $8,925.00 | 02/23/2024 | 16922 | $11.85 |
| 02/21/2024 | 16923 | $125.10 | 02/26/2024 | 16924 | $57.50 |
| 02/29/2024 | 16925 | $100.35 | | | |

* Indicates skipped check number



THIS PAGE LEFT INTENTIONALLY BLANK

**svb** Silicon Valley Bank
A Division of First Citizens Bank



| #16899 | 02/23/2024 | $780.00 |
|---|---|---|



| #16902 | 02/06/2024 | $81.12 |
|---|---|---|



| #16903 | 02/01/2024 | $540.00 |
|---|---|---|

| #16916 | 02/07/2024 | $212.42 |
|---|---|---|



| #16918 | 02/12/2024 | $265.00 |
|---|---|---|



| #16919 | 02/05/2024 | $722.40 |
|---|---|---|



| #16921 | 02/02/2024 | $8,925.00 |
|---|---|---|



| #16922 | 02/23/2024 | $11.85 |
|---|---|---|

| #16923 | 02/21/2024 | $125.10 |
|---|---|---|



| #16924 | 02/26/2024 | $57.50 |
|---|---|---|



| #16925 | 02/29/2024 | $100.35 |
|---|---|---|

THIS PAGE LEFT INTENTIONALLY BLANK



**Silicon Valley Bank**
A Division of First Citizens Bank

3003 Tasman Drive, Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

INVIVO THERAPEUTICS CORPORATION
1500 DISTRICT AVENUE
BURLINGTION MA 01803

**DDA #:**  XXXXXX4583          **Target Balance:**  $250,000.00

*February 2024*

Reporting Activity 02/01 - 02/29          Page 1 of 4

### Managing Your Accounts

| | | |
|---|---|---|
| **Phone:** | (408) 654-4636 |
| **Toll-Free:** | (800) 774-7390 |
| **Email:** | clientssupport@svb.com |
| **Online:** | www.svb.com |

### Messages/Notifications

### Month-End Allocation %



100%

- Gov't
- Prime
- Treasury

## SVB Cash Sweep Summary - Account XXXXXX0747

| Fund Name | CUSIP | Ticker | Avg. Monthly Balance | Month-End Position | Net Monthly Income Earned* | Avg. Gross Yield** |
|---|---|---|---|---|---|---|
| Western Asset Inst US Treas Res/Inv | 52470G684 | LTRXX | $1,914,289.09 | $2,474,095.23 | $7,362.47 | 5.150% |
| BlackRock Liquidity:T-Fund Admin | 09248U676 | BTAXX | $1,914,287.73 | $2,474,095.23 | $7,282.80 | 5.100% |
| **Totals** | | | **$4,948,190.46** | | **$14,645.27** | |

\* Net Monthly Income Earned represents dividends earned in the current month, which are paid on the first day of the following month, less bank sweep fees.

\*\* Avg. Gross Yield is the annualized average 30 day yield gross of any bank sweep fees.

**MONEY MARKET MUTUAL FUND INVESTMENTS ARE:**
**NOT A DEPOSIT - NOT FDIC INSURED - NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY - NOT GUARANTEED BY THE BANK - MAY LOSE VALUE**



## SVB Cash Sweep Activity - Western Asset Inst US Treas Res/Inv

| Date | Transaction Description | Transaction Amount | Price | Investment Balance |
|------|------------------------|-------------------:|-------|-------------------:|
| 02/01/2024 | Dividend Reinvest | $5,650.45 | $1.00 | |
| 02/01/2024 | Fee Charged | ($339.03) | $1.00 | |
| 02/01/2024 | Redemption | ($36,114.16) | $1.00 | $945,541.47 |
| 02/02/2024 | Redemption | ($289.62) | $1.00 | $945,251.85 |
| 02/05/2024 | Redemption | ($4,462.50) | $1.00 | $940,789.35 |
| 02/06/2024 | Redemption | ($369.19) | $1.00 | $940,420.16 |
| 02/07/2024 | Purchase | $78.81 | $1.00 | $940,498.97 |
| 02/08/2024 | Redemption | ($106.21) | $1.00 | $940,392.76 |
| 02/12/2024 | Purchase | $1,582,684.65 | $1.00 | $2,523,077.41 |
| 02/13/2024 | Redemption | ($132.50) | $1.00 | $2,522,944.91 |
| 02/14/2024 | Redemption | ($102.27) | $1.00 | $2,522,842.64 |
| 02/15/2024 | Redemption | ($252.15) | $1.00 | $2,522,590.49 |
| 02/16/2024 | Redemption | ($6,188.94) | $1.00 | $2,516,401.55 |
| 02/21/2024 | Redemption | ($659.98) | $1.00 | $2,515,741.57 |
| 02/22/2024 | Redemption | ($100.05) | $1.00 | $2,515,641.52 |
| 02/26/2024 | Redemption | ($40,743.63) | $1.00 | $2,474,897.89 |
| 02/27/2024 | Redemption | ($328.26) | $1.00 | $2,474,569.63 |
| 02/28/2024 | Redemption | ($96.15) | $1.00 | $2,474,473.48 |
| 02/29/2024 | Redemption | ($378.25) | $1.00 | $2,474,095.23 |

**MONEY MARKET MUTUAL FUND INVESTMENTS ARE:**
**NOT A DEPOSIT - NOT FDIC INSURED - NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY - NOT GUARANTEED BY THE BANK - MAY LOSE VALUE**



## SVB Cash Sweep Activity - BlackRock Liquidity:T-Fund Admin

| Date | Transaction Description | Transaction Amount | Price | Investment Balance |
|------|------------------------|-------------------:|-------|-------------------:|
| 02/01/2024 | Redemption | ($36,114.18) | $1.00 | |
| 02/01/2024 | Dividend Reinvest | $5,608.27 | $1.00 | |
| 02/01/2024 | Fee Charged | ($336.50) | $1.00 | $945,501.81 |
| 02/02/2024 | Redemption | ($249.96) | $1.00 | $945,251.85 |
| 02/05/2024 | Redemption | ($4,462.50) | $1.00 | $940,789.35 |
| 02/06/2024 | Redemption | ($369.19) | $1.00 | $940,420.16 |
| 02/07/2024 | Purchase | $78.81 | $1.00 | $940,498.97 |
| 02/08/2024 | Redemption | ($106.21) | $1.00 | $940,392.76 |
| 02/12/2024 | Purchase | $1,582,684.66 | $1.00 | $2,523,077.42 |
| 02/13/2024 | Redemption | ($132.50) | $1.00 | $2,522,944.92 |
| 02/14/2024 | Redemption | ($102.28) | $1.00 | $2,522,842.64 |
| 02/15/2024 | Redemption | ($252.14) | $1.00 | $2,522,590.50 |
| 02/16/2024 | Redemption | ($6,188.94) | $1.00 | $2,516,401.56 |
| 02/21/2024 | Redemption | ($659.99) | $1.00 | $2,515,741.57 |
| 02/22/2024 | Redemption | ($100.05) | $1.00 | $2,515,641.52 |
| 02/26/2024 | Redemption | ($40,743.64) | $1.00 | $2,474,897.88 |
| 02/27/2024 | Redemption | ($328.24) | $1.00 | $2,474,569.64 |
| 02/28/2024 | Redemption | ($96.16) | $1.00 | $2,474,473.48 |
| 02/29/2024 | Redemption | ($378.25) | $1.00 | $2,474,095.23 |

**MONEY MARKET MUTUAL FUND INVESTMENTS ARE:**

**NOT A DEPOSIT - NOT FDIC INSURED - NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY - NOT GUARANTEED BY THE BANK - MAY LOSE VALUE**



**THIS PAGE LEFT INTENTIONALLY BLANK.**

**MONEY MARKET MUTUAL FUND INVESTMENTS ARE:**
**NOT A DEPOSIT - NOT FDIC INSURED - NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY - NOT GUARANTEED BY THE BANK - MAY LOSE VALUE**



# SVB-Standard Statement Package

███████ 1145-InVivo Therapeutics (43924)

Month End (M2 Y2024)

02/01/2024 - 02/29/2024

Dated: 03/05/2024

Locked Down



# Table of Contents

Dated: 03/05/2024

SVB Account Summary (████1145-InVivo Therapeutics (43924))   *1*

GAAP FX Financials (████1145-InVivo Therapeutics (43924))   *2*

GAAP FX Trial Balance (████1145-InVivo Therapeutics (43924))   *3*

GAAP FX Entry Summary (████1145-InVivo Therapeutics (43924))   *4*

GAAP Entry Detail (████1145-InVivo Therapeutics (43924))   *5*

Income Detail (████1145-InVivo Therapeutics (43924))   *7*

Balance Sheet Classification Report (████1145-InVivo Therapeutics (43924))   *8*

Transaction Detail (████1145-InVivo Therapeutics (43924))   *9*

Trading Activity (████1145-InVivo Therapeutics (43924))   *10*

Roll Forward (████1145-InVivo Therapeutics (43924))   *11*



# SVB Account Summary

**1145-InVivo Therapeutics (43924)**

Functional Currency: USD 02/01/2024 - 02/29/2024

Return to Table of Contents

Dated: 03/05/2024

## Portfolio Parameters

| | | | |
|---|---|---|---|
| Beginning Market Value | 3,248,286.09 | Portfolio Duration | 0 |
| Ending Market Value | 3,694.72 | Portfolio Days to Maturity | 0 |
| Net Change | -3,244,591.37 | Yield on Cost | 0.000% |
| Average Rating | AAA/Aaa/AAA | Market Yield | 0.000% |
| Number of Holdings | 1 | | |

## Purchases & Sales Summary

| | Purchases | Sales | Maturities |
|---|---|---|---|
| Cash Equivalents (<= 90 days) | -14,333.58 | 3,248,286.09 | 0.00 |
| ST Investments (>90 days, <= 365 days) | 0.00 | 0.00 | 0.00 |
| LT Investments (> 365 days) | 0.00 | 0.00 | 0.00 |
| Total | -14,333.58 | 3,248,286.09 | 0.00 |

## Portfolio Performance

| | Actual | Annualized |
|---|---|---|
| Income Return | 0.114% | 1.442% |
| Price Return | 0.000% | 0.000% |
| Total Return | 0.114% | 1.442% |



| | Month to Date | Quarter to Date | Year to Date | Prior Month | Prior Year |
|---|---|---|---|---|---|
| | 2/1/24 - 2/29/24 | 1/1/24 - 2/29/24 | 1/1/24 - 2/29/24 | 1/1/24 - 1/31/24 | 1/1/23 - 12/31/23 |
| Total Return | 0.114% | 0.558% | 0.558% | 0.443% | 5.040% |
| Index Return | 0.410% | 0.839% | 0.839% | 0.427% | 5.015% |
| Excess Return | -0.296% | -0.281% | -0.281% | 0.016% | 0.026% |

Index: ICE BofA 3-Month US Treasury Bill Index (G0O1)

**SECTOR ALLOCATION**



Chart calculated by: % of Base Market Value + Accrued

**MATURITY BREAKDOWN**



**CREDIT QUALITY ALLOCATION**



Chart calculated by: % of Base Market Value + Accrued

1



# GAAP FX Financials

1145-InVivo Therapeutics (43924)

02/01/2024 - 02/29/2024

Return to Table of Contents

Dated: 03/05/2024

## Balance Sheet — 1145-InVivo Therapeutics

| As of: | 01/31/2024 | 02/29/2024 |
|---|---|---|
| Book Value | 3,248,286.09 | 3,694.72 |
| Accrued Balance | 0.00 | 0.00 |
| **Book Value + Accrued** | 3,248,286.09 | 3,694.72 |
| Net FX Unrealized Accrued Gain/Loss | 0.00 | 0.00 |
| Net FX Unrealized Carrying Value Security Gain/Loss | 0.00 | 0.00 |
| Net Market Unrealized Carrying Value Gain/Loss | 0.00 | 0.00 |
| **Carrying Value and Accrued** | 3,248,286.09 | 3,694.72 |

## Income Statement — 1145-InVivo Therapeutics

| | Begin Date End Date | 02/01/2024 02/29/2024 |
|---|---|---|
| **Net Amortization/Accretion Income** | | 0.00 |
| Interest Income | 3,694.72 | |
| Dividend Income | 0.00 | |
| Foreign Tax Withheld Expense | 0.00 | |
| Misc Income | 0.00 | |
| Net FX Allowance Expense | 0.00 | |
| Net Market Allowance Expense | 0.00 | |
| **Income Subtotal** | | 3,694.72 |
| Net FX Realized Gain/Loss | 0.00 | |
| Net Market Realized Gain/Loss | 0.00 | |
| Net Total Holding Gain/Loss | 0.00 | |
| Total Impairment Loss | 0.00 | |
| **Net Total Gain/Loss** | | 0.00 |
| Expense | -54.16 | |
| **Net Income** | | 3,640.56 |
| | | |
| Transfers In/Out | | -3,248,231.93 |
| Change in FX Unrealized Gain/Loss | | 0.00 |
| Change in Market Unrealized Gain/Loss | | 0.00 |

## Statement of Cash Flows — 1145-InVivo Therapeutics

| | Begin Date End Date | 02/01/2024 02/29/2024 |
|---|---|---|
| **Net Income** | | 3,640.56 |
| Amortization/Accretion on MS | 0.00 | |
| Change in Accrued on MS | 0.00 | |
| Net Gain/Loss on MS | 0.00 | |
| Change in Unrealized G/L on CE | 0.00 | |
| **Subtotal** | | 0.00 |
| Purchase of MS | 0.00 | |
| Purchased Accrued of MS | 0.00 | |
| Sales of MS | 0.00 | |
| Sold Accrued of MS | 0.00 | |
| Maturities of MS | 0.00 | |
| **Net Purchases/Sales** | | 0.00 |
| Transfers of Cash & CE | | -3,248,231.93 |
| **Total Change in Cash & CE** | | -3,244,591.37 |
| Beginning Cash & CE | | 3,248,286.09 |
| **Ending Cash & CE** | | 3,694.72 |



# GAAP FX Trial Balance

1145-InVivo Therapeutics (43924)

02/01/2024 - 02/29/2024          Return to Table of Contents          Dated: 03/05/2024

## Asset

| GL Account Description | Balance Type | Beginning Balance | Activity | Ending Balance |
|---|---|---|---|---|
| Accrued Interest | Asset | 0.00 | 0.00 | 0.00 |
| Cash | Asset | 0.00 | 0.00 | 0.00 |
| CE Book Value | Asset | 3,233,952.51 | -3,233,952.51 | 0.00 |
| Receivable | Asset | 14,333.58 | -10,638.86 | 3,694.72 |
| --- | --- | 3,248,286.09 | -3,244,591.37 | 3,694.72 |

## Income & Expense

| GL Account Description | Balance Type | Beginning Balance | Activity | Ending Balance |
|---|---|---|---|---|
| Interest Income | Income | 14,333.58 | 3,694.72 | 18,028.30 |
| Miscellaneous Expense | Expense | -125.00 | -54.16 | -179.16 |
| --- | --- | 14,208.58 | 3,640.56 | 17,849.14 |

## Other

| GL Account Description | Balance Type | Beginning Balance | Activity | Ending Balance |
|---|---|---|---|---|
| Cash Transfers | Equity | 0.00 | -3,248,231.93 | -3,248,231.93 |
| Prior Year Cash Transfers | Equity | 2,500,000.00 | 0.00 | 2,500,000.00 |
| Prior Year Income | Equity | 734,077.51 | 0.00 | 734,077.51 |
| --- | --- | 3,234,077.51 | -3,248,231.93 | -14,154.42 |

* Grouped by: Trial Balance Grouping.    * Groups Sorted by: Trial Balance Grouping.



# GAAP FX Entry Summary

02/01/2024 - 02/29/2024

1145-InVivo Therapeutics (43924)

Dated: 03/05/2024

Return to Table of Contents

## Buy

| Activity Type | Currency | GL Account Description | Debit | Credit |
|---|---|---|---|---|
| Buy | USD | Cash | 0.00 | 14,333.58 |
| Buy | USD | CE Book Value | 14,333.58 | 0.00 |
| Buy | USD | Payable | 14,333.58 | 14,333.58 |
| **Buy** | **USD** | **---** | **28,667.16** | **28,667.16** |

## Cash Transfer

| Activity Type | Currency | GL Account Description | Debit | Credit |
|---|---|---|---|---|
| Cash Transfer | USD | Cash | 902,991.83 | 4,151,223.76 |
| Cash Transfer | USD | Cash Transfers | 4,151,223.76 | 902,991.83 |
| Cash Transfer | USD | Payable | 4,151,223.76 | 4,151,223.76 |
| Cash Transfer | USD | Receivable | 902,991.83 | 902,991.83 |
| **Cash Transfer** | **USD** | **---** | **10,108,431.18** | **10,108,431.18** |

## Custody Fee

| Activity Type | Currency | GL Account Description | Debit | Credit |
|---|---|---|---|---|
| Custody Fee | USD | Cash | 0.00 | 54.16 |
| Custody Fee | USD | Miscellaneous Expense | 54.16 | 0.00 |
| Custody Fee | USD | Payable | 54.16 | 54.16 |
| **Custody Fee** | **USD** | **---** | **108.32** | **108.32** |

## Interest Income

| Activity Type | Currency | GL Account Description | Debit | Credit |
|---|---|---|---|---|
| Interest Income | USD | Accrued Interest | 3,694.72 | 0.00 |
| Interest Income | USD | Interest Income | 0.00 | 3,694.72 |
| **Interest Income** | **USD** | **---** | **3,694.72** | **3,694.72** |

## Money Market Funds

| Activity Type | Currency | GL Account Description | Debit | Credit |
|---|---|---|---|---|
| Money Market Funds | USD | Accrued Interest | 13,871.59 | 17,566.31 |
| Money Market Funds | USD | Cash | 14,333.58 | 0.00 |
| Money Market Funds | USD | Interest Income | 461.99 | 461.99 |
| Money Market Funds | USD | Receivable | 3,694.72 | 14,333.58 |
| **Money Market Funds** | **USD** | **---** | **32,361.88** | **32,361.88** |

## Sell

| Activity Type | Currency | GL Account Description | Debit | Credit |
|---|---|---|---|---|
| Sell | USD | Cash | 3,248,286.09 | 0.00 |
| Sell | USD | CE Book Value | 0.00 | 3,248,286.09 |
| Sell | USD | Receivable | 3,248,286.09 | 3,248,286.09 |
| **Sell** | **USD** | **---** | **6,496,572.18** | **6,496,572.18** |

* Grouped by: Activity Type.    * Groups Sorted by: Activity Type.



# GAAP Entry Detail

145-InVivo Therapeutics (43924)

02/01/2024 - 02/29/2024

Return to Table of Contents

Dated: 03/05/2024

## Buy

| Identifier | Currency | Description | Entry Date | GL Account Description | Debit | Credit |
|---|---|---|---|---|---|---|
| 61747C707 | USD | Cash | 02/02/2024 | Cash | 0.00 | 14,333.58 |
| 61747C707 | USD | MORG STAN I LQ:GV I | 02/02/2024 | CE Book Value | 14,333.58 | 0.00 |
| 61747C707 | USD | Payable | 02/02/2024 | Payable | 14,333.58 | 14,333.58 |
| **61747C707** | **USD** | **---** | **02/02/2024** | **---** | **28,667.16** | **28,667.16** |

## Cash Transfer

| Identifier | Currency | Description | Entry Date | GL Account Description | Debit | Credit |
|---|---|---|---|---|---|---|
| CCYUSD | USD | Cash | 02/09/2024 | Cash | 902,991.83 | 4,151,223.76 |
| CCYUSD | USD | Cash | 02/09/2024 | Cash Transfers | 4,151,223.76 | 902,991.83 |
| CCYUSD | USD | Payable | 02/09/2024 | Payable | 4,151,223.76 | 4,151,223.76 |
| CCYUSD | USD | Receivable | 02/09/2024 | Receivable | 902,991.83 | 902,991.83 |
| **CCYUSD** | **USD** | **---** | **02/09/2024** | **---** | **10,108,431.18** | **10,108,431.18** |

## Custody Fee

| Identifier | Currency | Description | Entry Date | GL Account Description | Debit | Credit |
|---|---|---|---|---|---|---|
| CCYUSD | USD | Cash | 02/22/2024 | Cash | 0.00 | 54.16 |
| CCYUSD | USD | Cash | 02/22/2024 | Miscellaneous Expense | 54.16 | 0.00 |
| CCYUSD | USD | Payable | 02/22/2024 | Payable | 54.16 | 54.16 |
| **CCYUSD** | **USD** | **---** | **02/22/2024** | **---** | **108.32** | **108.32** |

## Interest Income

| Identifier | Currency | Description | Entry Date | GL Account Description | Debit | Credit |
|---|---|---|---|---|---|---|
| 61747C707 | USD | MORG STAN I LQ:GV I | --- | Accrued Interest | 3,694.72 | 0.00 |
| 61747C707 | USD | MORG STAN I LQ:GV I | --- | Interest Income | 0.00 | 3,694.72 |
| **61747C707** | **USD** | **MORG STAN I LQ:GV I** | **---** | **---** | **3,694.72** | **3,694.72** |

## Money Market Funds

| Identifier | Currency | Description | Entry Date | GL Account Description | Debit | Credit |
|---|---|---|---|---|---|---|
| 61747C707 | USD | Cash | 02/01/2024 | Cash | 14,333.58 | 0.00 |
| 61747C707 | USD | MORG STAN I LQ:GV I | 02/29/2024 | Accrued Interest | 0.00 | 3,694.72 |
| 61747C707 | USD | MORG STAN I LQ:GV I | 02/01/2024 | Accrued Interest | 13,871.59 | 13,871.59 |
| 61747C707 | USD | MORG STAN I LQ:GV I | 02/29/2024 | Interest Income | 0.00 | 0.00 |
| 61747C707 | USD | MORG STAN I LQ:GV I | 02/01/2024 | Interest Income | 461.99 | 461.99 |
| 61747C707 | USD | Receivable | 02/01/2024 | Receivable | 0.00 | 14,333.58 |
| 61747C707 | USD | Receivable | 02/29/2024 | Receivable | 3,694.72 | 0.00 |
| **61747C707** | **USD** | **---** | **---** | **---** | **32,361.88** | **32,361.88** |

## Sell

| Identifier | Currency | Description | Entry Date | GL Account Description | Debit | Credit |
|---|---|---|---|---|---|---|
| 61747C707 | USD | Cash | 02/09/2024 | Cash | 3,248,286.09 | 0.00 |
| 61747C707 | USD | MORG STAN I LQ:GV I | 02/09/2024 | CE Book Value | 0.00 | 3,248,286.09 |
| 61747C707 | USD | Receivable | 02/09/2024 | Receivable | 3,248,286.09 | 3,248,286.09 |
| **61747C707** | **USD** | **---** | **02/09/2024** | **---** | **6,496,572.18** | **6,496,572.18** |



# GAAP Entry Detail

1145-InVivo Therapeutics (43924)

02/01/2024 - 02/29/2024

Return to Table of Contents

Dated: 03/05/2024

\* Grouped by: Activity Type.    \* Groups Sorted by: Activity Type.



# Income Detail

145-InVivo Therapeutics (43924)

Base Currency: USD 02/01/2024 - 02/29/2024

Return to Table of Contents

Dated: 03/05/2024

| Identifier | Ending Base Current Units | Description | Coupon | Final Maturity | Effective Maturity | Transfers In/Out | Net Realized Gain/Loss | Net Amortization/ Accretion Income | Interest/Dividend Income | Base Expense | Base Net Income | Settle Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCYUSD | 0.00 | Cash | 0.000 | 02/29/2024 | 02/29/2024 | -3,248,231.93 | 0.00 | 0.00 | 0.00 | -54.16 | -54.16 | --- |
| 61747C707 | 0.00 | MORG STAN I LQ:GV I | 5.220 | 02/29/2024 | 02/29/2024 | 0.00 | 0.00 | 0.00 | 3,694.72 | 0.00 | 3,694.72 | --- |
| CCYUSD | 3,694.72 | Receivable | 0.000 | 02/29/2024 | 02/29/2024 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | --- |
| --- | 3,694.72 | --- | --- | 02/29/2024 | 02/29/2024 | -3,248,231.93 | 0.00 | 0.00 | 3,694.72 | -54.16 | 3,640.56 | --- |

* Weighted by: Ending Base Market Value + Accrued.    * Holdings Displayed by: Lot.

7



# Balance Sheet Classification Report

1145-InVivo Therapeutics (43924)

Base Currency: USD As of 02/29/2024

Return to Table of Contents

Dated: 03/05/2024

CE

| Identifier | Description | Base Current Units | Market Sector | Coupon | Effective Maturity | Book Yield | Yield | Base Book Value | Base Net Total Unrealized Gain/ Loss | Market Price | Base Accrued Balance | Base Market Value + Accrued |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCYUSD | Receivable | 3,694.72 | Cash | 0.000 | 02/29/2024 | 0.000 | 0.000 | 3,694.72 | 0.00 | 1.0000 | 0.00 | 3,694.72 |
| **CCYUSD** | **Receivable** | **3,694.72** | **Cash** | **0.000** | **02/29/2024** | **0.000** | **0.000** | **3,694.72** | **0.00** | **1.0000** | **0.00** | **3,694.72** |

\* Grouped by: BS Class 2.    \* Groups Sorted by: BS Class 2.    \* Weighted by: Base Market Value + Accrued, except Book Yield by Base Book Value + Accrued.    \* Holdings Displayed by: Lot.



# Transaction Detail

<span style="background:black">    </span>1145-InVivo Therapeutics (43924)

Base Currency: USD 02/01/2024 - 02/29/2024          Return to Table of Contents          Dated: 03/05/2024

\* Does not Lock Down.

## Receivable

| Entry Date | Settle Date | Transaction Type | Base Current Units | Identifier | Description | Coupon Rate | Final Maturity | Price | Base Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/29/2024 | 02/29/2024 | Money Market Funds | 0.00 | 61747C707 | MORG STAN I LQ:GV I | 5.220 | 02/29/2024 | --- | 3,694.72 |
| **02/29/2024** | **02/29/2024** | **Money Market Funds** | **0.00** | **61747C707** | **MORG STAN I LQ:GV I** | **5.220** | **02/29/2024** | **---** | **3,694.72** |

## Settled

| Entry Date | Settle Date | Transaction Type | Base Current Units | Identifier | Description | Coupon Rate | Final Maturity | Price | Base Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/02/2024 | 02/02/2024 | Buy | 14,333.58 | 61747C707 | MORG STAN I LQ:GV I | 5.220 | 02/29/2024 | 1.000 | -14,333.58 |
| 02/09/2024 | 02/09/2024 | Sell | -3,248,286.09 | 61747C707 | MORG STAN I LQ:GV I | 5.220 | 02/29/2024 | 1.000 | 3,248,286.09 |
| 02/09/2024 | 02/09/2024 | Cash Transfer | 0.00 | CCYUSD | US DOLLAR | 0.000 | 02/29/2024 | --- | -3,248,231.93 |
| 02/09/2024 | 02/09/2024 | Cash Transfer | 0.00 | CCYUSD | US DOLLAR | 0.000 | 02/29/2024 | --- | -902,991.83 |
| 02/09/2024 | 02/09/2024 | Cash Transfer | 0.00 | CCYUSD | US DOLLAR | 0.000 | 02/29/2024 | --- | 902,991.83 |
| 02/22/2024 | 02/22/2024 | Custody Fee | 0.00 | CCYUSD | US DOLLAR | 0.000 | 02/29/2024 | --- | -54.16 |
| --- | --- | --- | -3,233,952.51 | --- | --- | --- | 02/29/2024 | --- | -14,333.58 |

## Summary

| Entry Date | Settle Date | Transaction Type | Base Current Units | Identifier | Description | Coupon Rate | Final Maturity | Price | Base Amount |
|---|---|---|---|---|---|---|---|---|---|
| --- | --- | --- | -3,233,952.51 | --- | --- | --- | 02/29/2024 | --- | -10,638.86 |

\* Grouped by: Status.     \* Groups Sorted by: Status.     \* Showing transactions with Entry Date within selected date range.     \* Weighted by: Absolute Value of Base Principal.     \* MMF transactions are expanded.

\* The Transaction Detail/Trading Activity reports provide our most up-to-date transactional details. As such, these reports are subject to change even after the other reports on the website have been locked down. While these reports can be useful tools in understanding recent activity, due to their dynamic nature we do not recommend using them for booking journal entries or reconciliation.



# Trading Activity

Base Currency: USD 02/01/2024 - 02/29/2024

Return to Table of Contents

███████ 1145-InVivo Therapeutics (43924)

Dated: 03/05/2024

\* Does not Lock Down.

## Buy

| Trade Date | Settle Date | Transaction Type | Identifier | Description | Coupon Rate | Final Maturity | Base Current Units | Price | Base Principal | Base Accrued Interest | Base Net Total Realized Gain | Base Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2024 | 02/02/2024 | Buy | 61747C707 | MORG STAN I LQ:GV I | 5.220 | 02/29/2024 | 14,333.58 | 1.000 | 14,333.58 | 0.00 | 0.00 | -14,333.58 |
| **02/02/2024** | **02/02/2024** | **Buy** | **61747C707** | **MORG STAN I LQ:GV I** | **5.220** | **02/29/2024** | **14,333.58** | **1.000** | **14,333.58** | **0.00** | **0.00** | **-14,333.58** |

## Sell

| Trade Date | Settle Date | Transaction Type | Identifier | Description | Coupon Rate | Final Maturity | Base Current Units | Price | Base Principal | Base Accrued Interest | Base Net Total Realized Gain | Base Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/2024 | 02/09/2024 | Sell | 61747C707 | MORG STAN I LQ:GV I | 5.220 | 02/29/2024 | -3,248,286.09 | 1.000 | -3,248,286.09 | 0.00 | 0.00 | 3,248,286.09 |
| **02/09/2024** | **02/09/2024** | **Sell** | **61747C707** | **MORG STAN I LQ:GV I** | **5.220** | **02/29/2024** | **-3,248,286.09** | **1.000** | **-3,248,286.09** | **0.00** | **0.00** | **3,248,286.09** |

## Summary

| Trade Date | Settle Date | Transaction Type | Identifier | Description | Coupon Rate | Final Maturity | Base Current Units | Price | Base Principal | Base Accrued Interest | Base Net Total Realized Gain | Base Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| --- | --- | --- | **61747C707** | **MORG STAN I LQ:GV I** | **5.220** | **02/29/2024** | **-3,233,952.51** | **1.000** | **-3,233,952.51** | **0.00** | **0.00** | **3,233,952.51** |

\* Grouped by: Transaction Type.    \* Groups Sorted by: Transaction Type.    \* Showing transactions with Trade Date within selected date range.    \* Weighted by: Absolute Value of Base Principal.    \* MMF transactions are expanded.

\* The Transaction Detail/Trading Activity reports provide our most up-to-date transactional details. As such, these reports are subject to change even after the other reports on the website have been locked down. While these reports can be useful tools in understanding recent activity, due to their dynamic nature we do not recommend using them for booking journal entries or reconciliation.



# Roll Forward

Base Currency: USD 02/01/2024 - 02/29/2024

1145-InVivo Therapeutics (43924)

Return to Table of Contents

Dated: 03/05/2024

| Identifier, Description | Beginning Market Value + Accrued, Base Purchases | Base Sales, Base Maturities and Redemptions | Base Paydowns | Base Net Transferred Value | Base Amortization/ Accretion | Change In Accrued Balance | Net Realized Gain/Loss | Base Change In Net Unrealized Gain/Loss | Base Change In Cash, Payables/Receivables | Ending Market Value + Accrued |
|---|---|---|---|---|---|---|---|---|---|---|
| 61747C707 MORG STAN I LQ:GV I | 3,233,952.51 14,333.58 | -3,248,286.09 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CCYUSD Receivable | 14,333.58 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10,638.86 | 3,694.72 |
| --- --- | **3,248,286.09** **14,333.58** | **-3,248,286.09** **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-10,638.86** | **3,694.72** |

* Weighted by: Ending Base Market Value + Accrued.    * Holdings Displayed by: Lot.

11

**Disclosures:**

Investment returns and principal value will fluctuate, so that clients' investments when sold may be worth more or less than their original cost. The figures shown are past performance; past performance is no guarantee of future results. The results reflect the deduction of advisory fees and other expenses. The results portrayed also reflect the reinvestment of dividends and other earnings.

Month end reports reflect the net market value of the securities and the balance of FDIC insured products in your account on a trade date basis on the last business day of the accounting period for assets managed by SVB Asset Management. They are presented by SVB Asset Management based on transactional and holdings data provided by U.S. Bank, the account custodian. All other reports are prepared and calculated by Clearwater Analytics, which may include data provided by third parties. We believe the data to be reliable; however, we cannot guarantee its accuracy.

This is a summary of activity in your account for the time period indicated. This summary is not intended for tax reporting purposes. SVB Asset Management does not provide tax or legal advisory services, and no one associated with SVB Asset Management is authorized to render such advice.

**svb** **Silicon Valley Bank**
A Division of First Citizens Bank

3003 Tasman Drive, Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>049158 5225497 0001 092196 10Z

INVIVO THERAPEUTICS CORPORATION
1500 DISTRICT AVENUE
BURLINGTION, MA 01803

## February 2024

*Reporting Activity 02/01 - 02/29*          *Page 1 of 2*

### Managing Your Accounts

 **Phone:**      (408) 654-4636

 **Toll-Free:**  (800) 774-7390

 **Email:**      clientsupport@svb.com

**Online:**     www.svb.com

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Collateral MMA | XXXXXX0116 | $50,000.00 |
| **Total Balance** | | **$50,000.00** |

## Collateral MMA - XXXXXX0116

**Account Summary**

| Date | Description | |
|---|---|---|
| 02/01/2024 | **Beginning Balance** | **$50,000.00** |
| 02/29/2024 | **Ending Balance** | **$50,000.00** |
| | Total debits this period | $0.40 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

**Interest Summary**

Description

| | |
|---|---|
| Interest Earned From 02/01/2024 Through 02/29/2024 | |
| Annual Percentage Yield Earned | 0.01% |
| Interest Days | 29 |
| Interest Earned | $0.40 |
| Interest Paid This Period | $0.40 |
| Interest Paid Year-to-Date | $0.82 |
| Interest Withheld Year-to-Date | $0.00 |

**Account Activity**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2024 | Beginning Balance | | | $50,000.00 |
| 02/29/2024 | INTEREST PAYMENT | $0.00 | $0.40 | $50,000.40 |
| 02/29/2024 | INT TRANSFER TO 3301084583 | -$0.40 | $0.00 | $50,000.00 |
| 02/29/2024 | Ending Balance | | | $50,000.00 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| 02/01/2024 | 0.01% |

 **Member FDIC** EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | | | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:<br>Interest-ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?  ☐ Verified additions and subtractions in your checkbook?  ☐ Compared canceled checks to check stub?  ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

---

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

---

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

---

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.